## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | NO. 1:13MJ64 |
| ) | |
| THE SEARCH OF INFORMATION ) | |
| ASSOCIATED WITH ) | |
| bob.morr68@YAHOO.COM AND ) | |
| Michele.eaton@YMAIL.COM THAT ) | |
| IS STORED AT PREMISES ) | |
| CONTROLLED BY YAHOO!,INC. ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, application, and affidavit be unsealed for purposes of providing criminal discovery.

**IT IS HEREBY ORDERED** that the search warrant, application, and affidavit are hereby ordered UNSEALED effective immediately.

This the 26th day of March, 2014.

Dennis L. Howell
United States Magistrate Judge